COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| CONCORD HEALTHCARE GROUP D/B/A MESA HILLS WOUND CARE CENTER, | § | No. 08-17-00150-CV |
| | § | Appeal from the |
| APPELLANT, | § | County Court at Law No. 6 |
| V. | § | of El Paso County, Texas |
| JOHN G. TAYLOR, D.P.M., | § | (TC# 2016DCV4310) |
| APPELLEE. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss appeal and concludes the motion should be granted and appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of this appeal are taxed against the party incurring same. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.